IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 68

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WANDA SKILLINGTON GREENE | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Motion to Seal (Doc. 57), which requests that Defendant's Memorandum in Support of Motion to Extend Reporting Date (Doc. 56) be sealed.

The Court has considered the Motion to Seal, the public's interest in access to the Memorandum in Support of Motion to Extend Reporting Date, and alternatives to sealing. The Court determines that sealing is necessary in this case, and that less restrictive means of handling the information are not sufficient. The sealing ordered herein shall be permanent, subject to further Order of the Court.

Accordingly, the Joint Motion to Seal (Doc. 57) is **GRANTED**, and Defendant's Memorandum in Support of Motion to Extend Reporting Date (Doc. 56) shall be **SEALED** and remain sealed until further Order of the Court.

Signed: September 24, 2019

W. Carleton Metcalf
United States Magistrate Judge